

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00895-CV

Thomas Lee **FARR**, Sr., Farr Investments, L.P.
and Farr Ranches, L.L.C.,
Appellants

v.

Jennifer Jo **BARNES** and Glenn McDonald,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2019-04-32729-CV
Honorable H. Paul Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of dismissal is reversed and this cause is remanded to the trial court for further proceedings.

SIGNED October 14, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice